```
CLARENCE ANTHONY SMITH
103 S 14TH AVE
HATTIESBURG, MS 39401

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

PADGETT LAW GROUP
5100 POPLAR AVE
STE 2208
MEMPHIS, TN 38137

SELENE FINANCE
ATTN: BANKRUPTCY
PO BOX 8619
PHILADELPHIA, PA 19101
```