**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Clarence Anthony Smith, Debtor**              **Case No. 26-50052-KMS**
                                                                    **CHAPTER 13**

## SUGGESTION OF DEATH

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Joy Smith, who is the daughter of Debtor, notes the death during the pendency of this action of Clarence Anthony Smith ("Debtor). In accordance with Rule 1016 of the Federal Rules of Bankruptcy Procedure, Joy believes that further administration of this case is possible and is in the best interest of the Debtor. Joy prays that the case proceed and be concluded in the same manner, so far as possible, as though the death had not occurred.

By: Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Attorney for Debtor