IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CLARENCE ANTHONY SMITH,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50052-KMS

DAVID RAWLINGS, TRUSTEE

**TRUSTEE'S RESPONSE TO**
**MOTION TO ALLOW PAYMENT ARREARAGES (DOCKET #26)**

COMES NOW, the Chapter 13 Trustee, David Rawlings, by and through his attorney, and files this Response to the Debtor's Motion to Suspend Plan Payments (Docket #26), and says that the Trustee received notice on 4-20-2026 from Debtor's Daughter that Debtor passed away on 4-17-2026. Further, the Trustee has received has no probate orders or probate pleadings as to who the proper person, if any, that may be appointed to handle Debtor's affairs, so that the Trustee is unsure who will be making the plan payments and who is making decisions for the deceased Debtor.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE

BY: */s/ Brian Wilson*
Brian Wilson,
His Attorney

Brian Wilson
Attorney for Chapter 13 Trustee

Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 99994

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Response, via the Court's ecf filing system, to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and TC Rollins, P.O. Box 13767, Jackson, Mississippi 39236.

So certified on this 10-29-2026

*/s/Brian Wilson*
Brian Wilson