# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50052 **Case Name:** Clarence Anthony Smith

**Set:** 11/05/2026 10:30 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 10/06/2026 Filed by Trustee David Rawlings. Response due by 10/27/26. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #24)

Response filed by the Debtor (Dkt. #25)

---

Minute Entry Re: (related document(s): [24] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by David Rawlings) Appearance: Brian Christopher Wilson. Motion is denied as stated at hearing. Wilson will submit order. Order due by 11/19/2026. (cwe)