**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 23, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **Clarence Anthony Smith,** | **CASE NO: 26-50052 KMS** |
| **DEBTOR(S).** | **CHAPTER 13** |

Brian Wilson, Esq.
Thomas C. Rollins, Jr., Esq.

## ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on December 17, 2026, at 10:30 a.m. in the William F. Colmer Federal Courthouse, Courtroom 2, 701 North Main Street, Hattiesburg, Mississippi, to show cause why sanctions or other relief should not be imposed for failure to submit the appropriate order or judgment resulting from the hearing set on November 5, 2026, on the Motion to Dismiss Debtor for Non-Payment filed by the Trustee (Dkt. #24) in the above-styled case. *See* Miss. Bankr.L. R. 1001-1(f)(5) and 9013-1(e).

##END OF ORDER##